# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 3, 2021

161476

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RUSSELL CHARLES GOVETT, IV,
      Defendant-Appellant.

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

SC: 161476
COA: 342639
Wayne CC: 17-005152-FC

_____/

      By order of February 12, 2021, the prosecuting attorney was directed to answer the application for leave to appeal the May 14, 2020 judgment of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 3, 2021

Clerk

b0726